**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ZELHIDETH MONTAÑO LINARES,

                Plaintiff,

-against-                                                                22 **CIVIL** 7272 (VSB)

                                                                    **JUDGMENT**

JOSE LUIS HERRERA VIRGUEZ,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 24, 2025, Defendant's motion to dismiss is GRANTED, and the Second Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
       September 25, 2025

                                                            **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                                   **BY:**       *K. Mango*

                                                            **Deputy Clerk**